UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JUAN BARRERA, et al. :
:
        Plaintiffs, :
:
       v. : FEBRUARY 4, 2008
:
MARK BOUGHTON, et al. :
:
        Defendants. :

## LAW STUDENT APPEARANCE FORM
## STUDENT CERTIFICATION

I hereby certify the following:

1. I am a law student at the Yale Law School in the State of Connecticut, Class of 2008.

2. I have completed legal studies amounting to at least two semesters of credit or the equivalent.

3. I am not employed or compensated by the clients.

WHEREFORE I do respectfully request approval of the Court to appear in this matter on behalf of JUAN BARRERA, JOSE CABRERA, DANIEL CHAVEZ, JOSE DUMA, JOSE LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBAÑA under the supervision of MICHAEL WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rule of Civil Procedure 83.9.

Dated: February 4, 2008

                                                                Justin Cox
                                                                Law Student Intern

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08                                  Signature: _____
                                                          Edgar Redrovan

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/4/08                                  Signature: _____
                                                          Michael Wishnie (ct27221)
                                                          Jerome N. Frank Legal Services
                                                          Organization
                                                          PO Box 209090
                                                          New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08            Signature: _____
                                   José Duma

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/4/08            Signature: _____
                                   Michael Wishnie (ct27221)
                                   Jerome N. Frank Legal Services
                                   Organization
                                   PO Box 209090
                                   New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

3

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08                             Signature: _____
                                                    Juan Carlos Simbaña

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/7/08                             Signature: _____
                                                    Michael Wishnie (ct27221)
                                                    Jerome N. Frank Legal Services
                                                    Organization
                                                    PO Box 209090
                                                    New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08                    Signature: *Isaac Maldonado*
                                           Isaac Maldonado

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/7/08                    Signature: *[signature]*
                                           Michael Wishnie (ct27221)
                                           Jerome N. Frank Legal Services
                                           Organization
                                           PO Box 209090
                                           New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08            Signature: _____
                                    Nicolas Segundo Sanchez

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/4/08            Signature: _____
                                    Michael Wishnie (ct27221)
                                    Jerome N. Frank Legal Services
                                    Organization
                                    PO Box 209090
                                    New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

6

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08          Signature: _____
                                  Juan Barrera

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/4/08          Signature: _____
                                  Michael Wishnie (ct27221)
                                  Jerome N. Frank Legal Services
                                  Organization
                                  PO Box 209090
                                  New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08          Signature: _____
                                 José Llibisupa

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/4/08          Signature: _____
                                 Michael Wishnie (ct27221)
                                 Jerome N. Frank Legal Services
                                 Organization
                                 PO Box 209090
                                 New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2\4\08          Signature: _/s/ Daniel Chavez_
                                  Daniel Chavez

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/4/05          Signature: _/s/ Michael Wishnie_
                                  Michael Wishnie (ct27221)
                                  Jerome N. Frank Legal Services
                                  Organization
                                  PO Box 209090
                                  New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of JUSTIN COX to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 2/4/08          Signature: _____
                                 José Cabrera

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of JUSTIN COX as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 2/4/08          Signature: _____
                                 Michael Wishnie (ct27221)
                                 Jerome N. Frank Legal Services
                                 Organization
                                 PO Box 209090
                                 New Haven CT 06520-9090

Appearance Approved:

_____
United States District Judge

Date: _____