UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JUAN BARRERA, et al., :
:
            Plaintiffs, :
:
v. :    April 10, 2009
:
MARK BOUGHTON, et al., :
:
            Defendants. :

## **DECLARATION OF REBECCA HELLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

I, Rebecca Heller, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, and 37(a) of the Connecticut District Court Local Rules, declare as follows:

1. I am a law student intern working under the supervision of Michael Wishnie, Christopher Lasch, and Ramzi Kassem. I have an appearance filed with the court in this case.

2. On Monday, March 16, 2009, I sent an email to all parties to this case requesting stipulation to an order protecting Plaintiffs from having to disclose information related to their immigration status or alienage. Defendants declined to agree to a stipulation.

3. On Friday, March 20, 2009, attorneys for Plaintiffs held a conference call with representatives for all Defendants. During the call, all parties conferred pursuant to Local Rule 37(a), attempting to come to an agreement regarding discovery into Plaintiffs' immigration status and alienage.

4. No agreement was reached.

5. Exhibit A is a true and correct copy of the Immigration Judge's decision in the Removal Proceedings of Plaintiffs Juan Barrera, José Cabrera, Daniel Chavez, José Duma, José Llivisupa, Isaac Maldonado, Edgar Redrovan, Nicholas Sanchez, and Juan Carlos Simbana except for the redaction of the Plaintiffs' "A-number."

6. Exhibit B is a true and correct copy of the Notice of Appeal of the Decision of the Immigration Judge except for the redaction of the Plaintiffs' "A-number."

7. Exhibit C is a true and correct copy of the Orders of the Immigration Judge except for the redaction of the Plaintiffs' "A-number."

8. Exhibit S is a true and correct copy of the Federal Defendants' First Set of Requests for Admission, dated March 16, 2009.

9. Exhibit T is a true and correct copy of the Federal Defendants' First Set of Requests for Production, dated March 16, 2009.

10. Exhibit U is a true and correct copy of the Federal Defendants' First Set of Interrogatories, dated February 26, 2009.

11. Exhibit V is a true and correct copy of the Individual Danbury Defendants' Requests for Production, dated February 4, 2009.

12. Exhibit W is a true and correct copy of the Individual Danbury Defendants First Set of Interrogatories and Requests for Production, dated March 11, 2009.

I hereby declare, under penalty of perjury, that the foregoing is true and accurate.

Executed this 10 day of April, 2009.

*Rebecca Heller*
New Haven, Connecticut