```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF CONNECTICUT
 - - - - - - - - - - - - - - - - x
                                 :
 JUAN BARRERA, ET AL.,           :   No. 3:07CV1436(RNC)
                                 :
               Plaintiff,        :
                                 :
         vs                      :
                                 :
 MARK BOUGHTON, ET AL.,          :
                                 :   HARTFORD, CONNECTICUT
               Defendants.       :   MARCH 25, 2009
                                 :
 - - - - - - - - - - - - - - - - x



                       TELEPHONE CONFERENCE




      BEFORE:

           HON. ROBERT N. CHATIGNY, CHIEF U.S.D.J.






                                    Darlene A. Warner, RDR-CRR
                                    Official Court Reporter
```

1
2                              3:00 P.M.
3
4          THE COURT:  Hello.
5          MR. CASAGRANDE:  Dan Casagrande representing the
6    City of Danbury, and I believe we have all of the other
7    parties on the line.  Would you like them to identify
8    themselves?
9          THE COURT:  I don't think that's necessary.  I
10   expect this will be very brief.
11         As a result of the last session, the pending
12   motions were resolved with the exception of a cross-motion
13   seeking certification of state law claims to the
14   Connecticut Supreme Court, and I wanted to have an
15   opportunity to think further about that motion before
16   giving you a ruling.
17         I have done that and I've decided that at this
18   point in time no questions will be certified.
19         Essentially as far as I can tell, the state law
20   claims do not provide or at least no argument has been
21   made that they do provide relief that would be unavailable
22   to the plaintiffs under the federal claims.  So as a
23   practical matter, I would be certifying questions that
24   really do not need to be decided in order to provide these
25   plaintiffs with whatever relief they might be entitled to

1    as a result of these events.  Should the time come when
2    the plaintiffs conclude that in fact one or more of these
3    provisions of the state constitution provide some
4    additional or different form of relief than would be
5    available to the plaintiffs under federal law, then at
6    that event, at that time, I would be willing to
7    reconsider.  But until then, I don't think it makes sense
8    and so I'm not going to certify anything at this time.
9             Okay?
10            MR. CASAGRANDE:  Thank you, Your Honor.
11            THE COURT:  Thank you all.
12               (Proceedings adjourned at.  3:13 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2
 3                    C E R T I F I C A T E
 4
 5              In Re: BARRERA  vs. BOUGHTON
 6
 7
 8         I, Darlene A. Warner, RDR-CRR, Official Court
 9    Reporter for the United States District Court for the
10    District of Connecticut, do hereby certify that the
11    foregoing pages are a true and accurate transcription of
12    my shorthand notes taken in the aforementioned matter to
13    the best of my skill and ability.
14
15
16
17
                        /s/_____
18
                         DARLENE A. WARNER, RDR-CRR
19                         Official Court Reporter
                          450 Main Street, Room #223
20                       Hartford, Connecticut 06103
                               (860) 547-0580
21
22
23
24
25
```