UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, JOSÉ CABRERA DANIEL CHAVEZ, JOSÉ DUMA, JOSÉ LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, JUAN CARLOS SIMBAÑA, and DANILO BRITO VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>MARK BOUGHTON, ALAN BAKER, JOSÉ AGOSTO, RICHARD DEJESUS, JAMES A. FISHER, JAMES LALLI, CRAIG MARTIN, JOSEPH NORKUS, JOHN DOES, CITY OF DANBURY, JAMES BROWN, RICHARD MCCAFFREY, RONALD PREBLE, JOHN DOES AND the UNITED STATES,<br><br>Defendants. | CIVIL ACTION NO. 3:07-cv-01436-RNC<br><br><br><br>May 8, 2009 |

## DAY LABORER PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Day Laborer Plaintiffs,[1] by and through the undersigned counsel, now move this court pursuant to Rules 26(a) and 37(a) of the Federal Rules of Civil Procedure for an Order compelling Federal Defendants[2] to "[p]roduce all documents relating to the employment of all officers and/or employees of the United States of America, the Department of Homeland Security, and/or Immigrations and Customs Enforcement that were present during the investigation, questioning, arrest and/or detention of the Danbury 11[3] including but not limited to each person's personnel file and documents relating to overtime, disciplinary actions, performance reviews, hiring,

---

[1] The Day Laborer Plaintiffs are Juan Barrera, José Cabrera, Daniel Chavez, José Duma, José Llibisupa, Isaac Maldonado, Edgar Redrovan, Nicholas Segundo Sanchez, and Juan Carlos Simbaña.

[2] Federal Defendants are James Brown, Richard McCaffrey, Ronald Preble, John Does, and the United States of America.

[3] The Danbury 11 are Day Laborer Plaintiffs and Manuel Morocho Alvaraein and Jose Luis Marca Fernandez.

promotions, demotions, transfers, and terminations" as requested by Day Laborer Plaintiffs in Day Laborer Plaintiffs' Request for Production of Documents dated December 24, 2008. Defendants refused to produce the files and continue to fail to fulfill their discovery obligations despite repeated requests for responses by Day Laborer Plaintiffs.

In support of Plaintiffs' motion, a memorandum of law is filed herewith.

Respectfully Submitted,

DATED:  May 8, 2009

        CLIFFORD CHANCE US LLP
        By:  /s/ Lawrence Bluestone
            Joel M. Cohen (phv03297)
            Elizabeth Goergen (phv03300)
            Siham Nurhussein (phv03298)
            Lawrence Bluestone (phv03296)

            31 West 52nd Street
            New York, New York 10019
            Telephone: (212) 878-8000
            Fax: (212) 878-8375

        JEROME N. FRANK LEGAL SERVICES
        ORGANIZATION
        YALE LAW SCHOOL

            Christopher N. Lasch, Supervising Attorney (ct27139)
            Michael J. `Wishnie, Supervising Attorney (ct27221)
            Ramzi Kassem, Supervising Attorney (ct27537)
            Ari Holtzblatt, Law Student Intern
            Heide Iravani, Law Student Intern
            Elizabeth Simpson, Law Student Intern
            Rebecca Heller, Law Student Intern
            Dror Ladin, Law Student Intern

        127 Wall Street
        New Haven, CT 06511
        Telephone: (203) 432-4800
        Facsimile: (203) 432-1426

        michael.wishnie@yale.edu
        christopher.lasch@yale.edu
        ramzi.kassem@yale.edu

        *Counsel for Plaintiffs*