UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, JOSÉ CABRERA DANIEL CHAVEZ, JOSÉ DUMA, JOSÉ LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, JUAN CARLOS SIMBAÑA, and DANILO BRITO VARGAS,<br><br>              Plaintiffs,<br><br>v.<br><br>MARK BOUGHTON, ALAN BAKER, JOSÉ AGOSTO, RICHARD DEJESUS, JAMES A. FISHER, JAMES LALLI, CRAIG MARTIN, JOSEPH NORKUS, JOHN DOES, CITY OF DANBURY, JAMES BROWN, RICHARD MCCAFFREY, RONALD PREBLE, JOHN DOES AND the UNITED STATES,<br><br>              Defendants. | CIVIL ACTION NO. 3:07-cv-01436-RNC<br><br><br><br>June 18, 2009 |

### DEFENDANT CITY OF DANBURY'S OBJECTION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND (DKT. NO. 210)

The undersigned Defendant, City of Danbury (hereinafter referred to as the "City"), hereby joins in the Danbury Defendants' Objection To The Plaintiffs' Motion For Leave To Amend, of even date, by Defendants Mark Boughton, Alan Baker, Jose Agosto, Richard

1

DeJesus, James A. Fisher, James Lalli, Craig Martin, Joseph Norkus and John Does 1-8 (hereinafter the "Objection"), which Objection is hereby incorporated by reference herein.

THE DEFENDANT,
CITY OF DANBURY

By /s/ Daniel E. Casagrande
Daniel E. Casagrande, Esq. (ct 01795)
Cramer & Anderson LLP
30 Main Street, Suite 303
Danbury, CT 06810
(203) 744-1234 telephone
(203) 730-2500 facsimile
dcasagrande@crameranderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2009, a copy of the foregoing Defendant City of Danbury's Objection To Plaintiffs' Motion For Protective Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail to all parties by operation of the court's electronic system or by mail to anyone unable to accept electronic filing as indicated on the Notice on Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Daniel E. Casagrande
Daniel E. Casagrande