UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JUAN BARRERA, et al. | : | |
| Plaintiffs | : | |
| | : | No. 3:07-cv-1436 (RNC) |
| v. | : | |
| MARK BOUGHTON, et al. | : | |
| Defendants | : | |

# MOTION TO WITHDRAW APPEARANCE

Please permit the withdrawal of attorneys Sarah Blackman, Lawrence Bluestone, and Daniel Michaels of Clifford Chance US LLP as counsel for Plaintiffs Juan Barrera, José Cabrera, Daniel Chavez, José Llibisupa, Isaac Maldonaldo, Edgar Redrovan, Nicholas Segundo Sanchez, and Juan Carlos Simbana. Attorneys Michael J. Wishnie of the Jerome N. Frank Legal Services Organization and Joel Cohen, Elizabeth Goergen and Siham Nurhussein of Gibson, Dunn & Crutcher LLP continue as counsel for the above-named plaintiffs.

AMR #205412-v1

DATED: July 27, 2009

                Respectfully Submitted,

                CLIFFORD CHANCE US LLP - NY
                By: /s/ Lawrence Bluestone
                    Lawrence Bluestone (*PHV*)
                    Sarah Blackman (*PHV*)
                    Daniel Micheals (*PHV*)
                    31 West 52nd Street
                    New York, New York 10019
                    Telephone: (212) 878-8000
                    Fax: (212) 878-8375
                    E-mail:
                    lawrence.bluestone@cliffordchance.com

CERTIFICATION OF SERVICE

I hereby certify that on July 27, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.


_____/s/_____
LAWRENCE BLUESTONE