UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, JOSÉ CABRERA, DANIEL CHAVEZ, JOSÉ DUMA, JOSÉ LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, JUAN CARLOS SIMBAÑA, and DANILO BRITO VARGAS,<br><br>                *Plaintiffs*,<br><br>      v.<br><br>MARK BOUGHTON, ALAN BAKER, JOSÉ AGOSTO, RICHARD DEJESUS, JAMES A. FISHER, JAMES LALLI, CRAIG MARTIN, JOSEPH NORKUS, JOHN DOES, CITY OF DANBURY, JAMES BROWN, RICHARD MCCAFFREY, RONALD PREBLE, JOHN DOES, and the UNITED STATES,<br><br>                *Defendants*. | CIVIL ACTION NO. 3:07-cv-01436-RNC<br><br><br>August 27, 2009 |

## PLAINTIFFS' RENEWED MOTION FOR A PROTECTIVE ORDER REGARDING IMMIGRATION STATUS AND ALIENAGE

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs[1] hereby move this Court for a protective order protecting Plaintiffs from having to release information bearing on Plaintiffs' immigration status or alienage. Plaintiffs seek this protective order because such discovery is not reasonably calculated to lead to relevant or admissible information, and is annoying, embarrassing, oppressive, and unduly burdensome. Further,

---

[1] This motion is submitted on behalf of all Plaintiffs except José Duma and Danilo Brito Vargas. For the purposes of this memorandum, the remaining eight Plaintiffs will be referred to as "Plaintiffs."

allowing such discovery in the current civil rights action will chill numerous other victims of law enforcement misconduct from bringing actions to vindicate their own rights.

Counsel for Plaintiffs have, in good faith, conferred with counsel for Defendants in an effort to reduce the area of controversy and append a declaration certifying these good faith efforts. See Declaration of Rebecca Heller. Pursuant to Local Rule 37(b)(1), a specific listing of the discovery from which Plaintiffs seek an order of protection is set forth in the accompanying memorandum of law in support of this motion.

Respectfully submitted,

/s/
Michael J. Wishnie, Esq., ct27221
Susan Hazeldean, Esq., ct28093
Rebecca Heller, Law Student Intern
Ari Holtzblatt, Law Student Intern
Dror Ladin, Law Student Intern
Lisa Larrimore Ouellette, Law Student Intern

Jerome N. Frank Legal Services Organization
Yale Law School
127 Wall Street
New Haven, CT 06511
Telephone: (203) 432-4800
Facsimile: (203) 432-1426
michael.wishnie@yale.edu

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2009 a copy of the foregoing Motion and all attachments was sent by operation of the Court's electronic filing system to:

      Douglas P. Morabito
      US Attorney's Office - NH
      157 Church St., 23rd Floor
      New Haven, CT 06510

      Charles A. DeLuca, Esq.
      Clarisse Nicole Thomas, Esq.
      Susan B. Parzymieso, Esq.
      Ryan, Ryan, Johnson & Deluca, LLP
      707 Summer Street
      Stamford, CT 06901

      Daniel E. Casagrande, Esq.
      Cramer & Anderson
      30 Main Street
      Suite 303
      Danbury, CT 06810


By:
        /s/
      Rebecca Heller, Law Student Intern
      for Plaintiffs

August 27, 2009