UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, JOSÉ CABRERA, DANIEL CHAVEZ, JOSÉ DUMA, JOSÉ LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, JUAN CARLOS SIMBAÑA, and DANILO BRITO VARGAS, | |
| | CIVIL ACTION NO. 3:07-cv01436-RNC |
| *Plaintiffs*, | |
| v. | August 27, 2009 |
| MARK BOUGHTON, ALAN BAKER, JOSÉ AGOSTO, RICHARD DEJESUS, JAMES A. FISHER, JAMES LALLI, CRAIG MARTIN, JOSEPH NORKUS, JOHN DOES, CITY OF DANBURY, JAMES BROWN, RICHARD MCCAFFREY, RONALD PREBLE, JOHN DOES, and the UNITED STATES, | |
| *Defendants*. | |

**DECLARATION OF REBECCA HELLER IN SUPPORT OF PLAINTIFFS'
SECOND MOTION FOR A PROTECTIVE ORDER ON ALL DISCOVERY
REQUESTS REGARDING IMMIGRATION STATUS AND ALIENAGE**

I, Rebecca Heller, upon my personal knowledge and in accordance with 28 U.S.C. § 1746, and 37(a) of the Connecticut District Court Local Rules, declare as follows:

1. I am a law student intern working under the supervision of Michael Wishnie. I have an appearance filed with the court in this case. I am over eighteen years of age, and understand the obligations of an oath.

2. On July 28, 2009, I spoke by telephone with Douglas Morabito and other counsel for the Federal Defendants in an effort to resolve disputes over their discovery requests.

3. On July 20, 2009, July 21, 2009, and August 10, 2009, I spoke by telephone with Joseph Arcata and other counsel for the Individual Danbury Defendants in an effort to resolve disputes over their discovery requests.

4. Although the list of disputed discovery requests was narrowed with both sets of Defendants, these good faith conferrals failed to resolve all outstanding issues. These outstanding issues are addressed in the instant motion.

5. Exhibit A is a true and correct copy of the Immigration Judge's decision in Plaintiffs' removal proceedings, except for the redaction of the Plaintiffs' "alien numbers."

6. Exhibit B is a true and correct copy of the Orders of the Immigration Judge except for the redaction of the Plaintiffs' "alien numbers."

7. Exhibit C is a true and correct copy of the Orders of the Immigration Judge except for the redaction of the Plaintiffs' "alien numbers." is a true and correct copy of the Notice of Appeal of the Decision of the Immigration Judge, except for the redaction of the Plaintiffs' "alien numbers."

8. Exhibit Y is a true and correct copy of the Individual Danbury Defendants' Response to Plaintiffs' Requests for Admission of Facts, dated Feb. 10, 2009.

I hereby declare, under penalty of perjury, that the foregoing is true and correct, based on my personal knowledge.

    Dated: August 27, 2009
    State of Connecticut

County of New Haven

                                      /s/
                                Rebecca Heller
                                Law Student Intern
                                Jerome N. Frank Legal Services
                                Organization

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2009 a copy of the foregoing Declaration and all attachments was sent by operation of the Court's electronic filing system to:

Douglas P. Morabito
US Attorney's Office - NH
157 Church St., 23rd Floor
New Haven, CT 06510

Charles A. DeLuca, Esq.
Clarisse Nicole Thomas, Esq.
Susan B. Parzymieso, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
707 Summer Street
Stamford, CT 06901

Daniel E. Casagrande, Esq.
Cramer & Anderson
30 Main Street
Suite 303
Danbury, CT 06810

By:
                /s/
        Rebecca Heller, Law Student Intern
        for Plaintiffs

August 27, 2009