```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

JUAN BARRERA, et al.,            :
                                 :
     Plaintiffs,                 :
                                 :
     v.                          :    Civil No. 3:07CV1436(RNC)
                                 :
MARK BOUGHTON, et al.,           :
                                 :
     Defendants.                 :
```

RULING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT, AMEND THE CAPTION AND JOIN ADDITIONAL DEFENDANTS

Pending before the court is the plaintiffs' motion for leave to amend the complaint, amend the caption and join additional defendants (doc. #210) and the plaintiffs' supplement to their motion (doc. #229). The plaintiffs seek to add and revise factual allegations, join additional defendants and add a claim. After the plaintiff filed their motion, they filed a "Supplement" in which they seek, in addition to the relief sought in the motion to amend, to withdraw any claim for damages arising from harm to their reputation to professional prospects and to delete the phrase "damage to their reputation and professional prospects" from ¶204 of the Proposed Second Amended Complaint. (Doc. #229.)

In response to the plaintiffs' motion, the defendants argue that any allegations regarding two plaintiffs, Duma and Brito, be deleted because plaintiffs' counsel has withdrawn their appearance as to them. See doc. #175. The plaintiffs do not object. (Doc. #233.) The Danbury defendants indicate that Count 16, which the court previously dismissed, appears in the plaintiffs' proposed

amended complaint, to which they object.  Plaintiffs' counsel has informed the court that they are not relitigating this claim.  They state that they included it in the proposed complaint to preserve it in the event of any appeal of the court's previous order and once the complaint is docketed, will file a stipulation of dismissal in conformity with the court's previous ruling.

The plaintiffs' motion is granted as follows: the plaintiffs shall file a Second Amended Complaint that conforms to their motion (doc. #210) and their supplement to the motion (doc. #229) and does not contain allegations as Duma and Brito, as specified in the federal defendants' objection.

SO ORDERED at Hartford, Connecticut this 2nd day of September, 2009.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge