UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JUAN BARRERA, et al.,

Plaintiffs,

v.

MARK BOUGHTON, et al.,

Defendants.

---

Case No. 3:07-cv-01436-RNC
October 1, 2009

## NOTICE OF FILING OF SECOND AMENDED COMPLAINT

Plaintiffs file the attached Second Amended Complaint as per and in conformity with the Court's Order on September 2, 2009. See Dkt. No. 291 ("Sept. 2nd Order").

As ordered by the Court in the Sept. 2nd Order, Plaintiffs have modified the Proposed Second Amended Complaint filed with the Court on May 29, 2009, see Dkt. No. 210-2, in the following ways:

1) Plaintiffs have withdrawn any claim for damages arising from harm to their reputation or professional prospects and deleted the phrase "damage to their reputation and professional prospects" from ¶ 204 of the Proposed Second Amended Complaint.

2) Plaintiffs have deleted all allegations and claims related to José Duma and Danilo Brito Vargas as specified in the federal defendants' objections to the Proposed Second Amended Complaint. See Dkt. No. 227.

3) Plaintiffs have replaced the term "Day Laborer Plaintiffs" with the term "Plaintiffs".

1

Plaintiffs also attach a stipulation agreed to by all parties to dismiss the *Bivens* conspiracy claim (Sixteenth Claim for Relief) consistent with the Court's order delivered orally on March 10, 2009, <u>see</u> Dkt. No. 129.

Dated October 1, 2009
New Haven, Connecticut

Respectfully submitted,

_____/s/_____
Michael Wishnie (ct27221)
Supervising Attorney

Susan Hazeldean, Supervising Attorney

Ari Holtzblatt, Law Student Intern
Rebecca Heller, Law Student Intern
Dror Ladin, Law Student Intern
Chesa Boudin, Law Student Intern
Sophie Hood, Law Student Intern
Lindsay Nash, Law Student Intern
Helen O'Reilly, Law Student Intern

JEROME N. FRANK LEGAL SERVICES
   ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520