UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

JUAN BARRERA, et al.,

Plaintiffs,

v.

MARK BOUGHTON, et al.,

Defendants.

---

Case No. 3:07-cv-01436-RNC
October 1, 2009

### STIPULATION BY ALL PARTIES TO PARTIALLY DISMISS
### PLAINTIFFS' SIXTEENTH CLAIM FOR RELIEF

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. On March 10, 2009, Judge Chatigny dismissed with prejudice Plaintiffs' *Bivens* conspiracy claim (Am. Compl., Sixteenth Claim for Relief). See Dkt. No. 129.

2. On May 29, 2009, Plaintiffs moved the Court for leave to file a second amended complaint which included the same *Bivens* conspiracy claim. See Dkt. No. 210.

3. Plaintiffs restated the *Bivens* conspiracy claim against Defendant DPD Officers in their Proposed Second Amended Complaint so as to preserve that cause of action in the event of any appeal and informed the Court that Plaintiffs would stipulate to the dismissal of that claim against Defendant DPD Officers with prejudice, consistent with Judge Chatigny's prior ruling as to this claim.

1

4. On September 2, 2009, Magistrate Judge Martinez ordered Plaintiffs to file a Second Amended Complaint and to stipulate to the dismissal of the *Bivens* conspiracy claim consistent with Judge Chatigny's March 10, 2009 order.  See Dkt. No. 291.

5. Accordingly, it is hereby stipulated and agreed that the *Bivens* conspiracy claim (Sixteenth Claim for Relief) is dismissed with prejudice from Plaintiffs' Second Amended Complaint.

Dated October 1, 2009
New Haven, Connecticut

On behalf of Plaintiffs,

_____/s/_____
Michael Wishnie (ct27221)
Susan Hazeldean

Ari Holtzblatt, Law Student Intern
Rebecca Heller, Law Student Intern
Dror Ladin, Law Student Intern
Chesa Boudin, Law Student Intern
Sophie Hood, Law Student Intern
Lindsay Nash, Law Student Intern
Helen O'Reilly, Law Student Intern

JEROME N. FRANK LEGAL SERVICES
   ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520

John M. Cohen, Esq., phv03297
Siham Nurhussein, Esq., phv03298
Elizabeth Goergen, Esq. phv03300
Alison Schary, Esq., phv03627
Joseph La Perla, Esq., phv03527

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166


On behalf of Individual Danbury Defendants,

\_\_\_/s/_____
Charles A. Deluca
Michael T. Ryan
Joseph Arcata, III
Clarisse Thomas

Ryan, Ryan, Johnson & Deluca, LLP
707 Summer Street
Stamford, CT 06901


On behalf of Defendant City of Danbury,

\_\_\_/s/_____
Daniel Casagrande
David Burke

Cramer & Anderson
30 Main Street
Suite 303
Danbury, CT 06810


On behalf of Federal Defendants,

\_\_\_\_/s/_____
Douglas Morabito
Michelle McConaghy
David C. Nelson

157 Church Street
23rd Floor
New Haven CT 06510

SO ORDERED:

_____
Robert Chatigny, U.S.D.J.