UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JUAN BARRERA, et al., :
:
: Civil Action No. 3:07-cv-01436 RNC
          Plaintiffs, :
:
     v. : November 20, 2009
:
MARK BOUGHTON, et al., :
:
:
          Defendants. :

**DECLARATION OF CHESA BOUDIN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL INDIVIDUAL DANBURY DEFENDANTS' RESPONSES TO PLAINTIFFS' INTERROGATORIES DATED JULY 28, 2009**

    I, Chesa Boudin, upon my personal knowledge and in accordance with 28 U.S.C. § 1746 and 37(a) of the Connecticut District Court Local Rules, declare as follows:

1. I am a law student intern working under the supervision of Michael Wishnie. I have an appearance filed with the court in this case. I am over eighteen years of age, and understand the obligations of an oath.

2. On October 14, 2009 and November 16, 2009 I spoke by telephone at length with Clarisse Thomas, Counsel for the Danbury Defendants, in an effort to resolve disputes over Plaintiffs' discovery requests.

3. On October 14, 17 and 21, 2009 and November 16, and 17, 2009 I exchanged e-mail with Clarisse Thomas in a further effort to resolve disputes over Plaintiffs' discovery requests.

1

4. Although the list of disputed discovery requests was narrowed substantially, these good faith conferrals failed to resolve many outstanding issues. These outstanding issues are addressed in the instant motion.

5. Attached hereto as Exhibit A is a true and correct copy of Defendant Agosto's Objections to the July 28 Discovery Requests.

6. Attached hereto as Exhibit B is a true and correct copy of Defendant Agosto's Responses to the July 28 Discovery Requests.

7. Attached hereto as Exhibit C is a true and correct copy of Defendant Agosto's Supplemental Responses to the July 28 Discovery Requests.

8. Attached hereto as Exhibit D is a true and correct copy of Defendant DeJesus' Objections to the July 28 Discovery Requests.

9. Attached hereto as Exhibit E is a true and correct copy of Defendant DeJesus' Responses to the July 28 Discovery Requests.

10. Attached hereto as Exhibit F is a true and correct copy of Defendant DeJesus' Supplemental Responses to the July 28 Discovery Requests.

11. Attached hereto as Exhibit G is a true and correct copy of Defendant Fisher's Objections to the July 28 Discovery Requests.

12. Attached hereto as Exhibit H is a true and correct copy of Defendant Fisher's Responses to the July 28 Discovery Requests.

13. Attached hereto as Exhibit I is a true and correct copy of Defendant Lalli's Objections to the July 28 Discovery Requests.

14. Attached hereto as Exhibit J is a true and correct copy of Defendant Lalli's Responses to the July 28 Discovery Requests.

15. Attached hereto as Exhibit K is a true and correct copy of Defendant Lalli's Supplemental Responses to the July 28 Discovery Requests.

16. Attached hereto as Exhibit L is a true and correct copy of Defendant Martin's Objections to the July 28 Discovery Requests.

17. Attached hereto as Exhibit M is a true and correct copy of Defendant Martin's Responses to the July 28 Discovery Requests.

18. Attached hereto as Exhibit N is a true and correct copy of Defendant Martin's Supplemental Responses to the July 28 Discovery Requests.

19. Attached hereto as Exhibit O is a true and correct copy of Defendant Norkus' Objections to the July 28 Discovery Requests.

20. Attached hereto as Exhibit P is a true and correct copy of Defendant Norkus' Responses to the July 28 Discovery Requests..

21. Attached hereto as Exhibit Q is a true and correct copy of Defendant Norkus' Supplemental Responses to the July 28 Discovery Requests.

22. Attached hereto as Exhibit R is a true and correct copy of the deposition testimony of Immigration and Customs Enforcement Agent James E. Brown.

23. Attached hereto as Exhibit S is a true and correct copy of a Letter from Paul Streitz, CCIC, to Police Chief Baker (Jan. 5, 2006).

24. Attached hereto as Exhibit T is a true and correct copy of a Letter from Paul Streitz, CCIC, to Police Chief Baker (Jan. 11, 2006).

I hereby declare, under penalty of perjury, that the foregoing is true and correct, based on my personal knowledge.

    Dated: November, 20, 2009

State of Connecticut
County of New Haven

                                                                      /s/
                                                Chesa Boudin
                                            Law Student Intern
                    Jerome N. Frank Legal Services Organization

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2009 a copy of the foregoing Declaration and all attachments was sent by operation of the Court's electronic filing system to:

>Charles A. DeLuca, Esq.
>Clarisse Nicole Thomas, Esq.
>Susan B. Parzymieso, Esq.
>Ryan, Ryan, Johnson & Deluca, LLP
>707 Summer Street
>Stamford, CT 06901
>
>Douglas P. Morabito
>US Attorney's Office - NH
>157 Church St., 23rd Floor
>New Haven, CT 06510
>
>Daniel E. Casagrande, Esq.
>Cramer & Anderson
>30 Main Street
>Suite 303
>Danbury, CT 06810

By:<br>
_____/s/_____<br>
Chesa Boudin, Law Student Intern<br>
for Plaintiffs

November 20, 2009