```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

JUAN BARRERA, et al,           :
                               :
     Plaintiffs,               :
                               :
     v.                        :    CASE NO. 3:07cv1436(RNC)
                               :
MARK BOUGHTON, et al.,         :
                               :
     Defendants.               :
```

RULING ON FEDERAL DEFENDANTS' MOTION TO COMPEL

Pending before the court is the federal defendants' motion to compel.  (Doc. #314.)  The court commends counsel for the government and the plaintiffs for their efforts to resolve the discovery requests in contention.  As a result of their good judgment and cooperation, counsel have significantly narrowed the issues.  The court rules on the discovery requests as follows:

1.   Interrogatory 3(b) is withdrawn.  Interrogatories 3(a) and 3(c) are granted.

2.   Interrogatory 4, as narrowed by the federal defendants in open court to names and relationships of those individuals with whom plaintiffs have resided in the United States, is granted.

3.   Interrogatories 21(B), (C), (D) and (E) are withdrawn. Interrogatory 21(A) is granted.

4.   Interrogatories 44 - 59 are withdrawn.

5.   Interrogatories 68 and 69 are granted.

6.   Interrogatory 71 is denied on the grounds of relevance.

7.   Interrogatory 75, as narrowed by the federal defendants in

open court to names only, is granted.

8. Interrogatory 92 is withdrawn.

SO ORDERED at Hartford, Connecticut this 9th day of March, 2010.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge