UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUAN BARRERA, et al., | : | |
| | : | |
| *Plaintiffs*, | : | **No. 3:07-cv-01436-RNC** |
| | : | |
| -against- | : | March 31, 2010 |
| | : | |
| MARK BOUGHTON, et al., | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR A STAY PENDING APPEAL OF THAT PORTION OF THE MARCH 19, 2010 DENYING AS MOOT PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DANBURY DEFENDANTS' INTERROGATORIES 2 AND 3**

Plaintiffs respectfully request a temporary stay of that portion of the March 19, 2010 Ruling on Plaintiffs' Motion for a Protective Order (Doc. No. 459) that was denied as moot in light of this Court's March 9, 2010 Ruling on Federal Defendants' Motion to Compel (Doc. No. 454). The court denied the Plaintiffs' Motion for a Protective Order with respect to Interrogatories 2 and 3 (Doc. No. 459 at 14), finding the request for a protective order on third-party names was moot in light of the Court's ruling on the Federal Defendants' Motion to Compel the production of similar information. See Ruling on Federal Defendant's Motion to Compel at 1-2 (Dkt. #454) (ordering Plaintiffs to answer in full Interrogatories 3, 21, and 75). Plaintiffs have filed a Rule 72 objection to this portion of the Court's Ruling on the Federal Defendants' Motion to Compel (Dkt. #473).  Plaintiffs will similarly file a Rule 72 objection to that portion of the Ruling on the Motion for Protective Order (Dkt. #459) that is derivative of the Motion to Compel Ruling (Dkt. #454).

This Court has already granted a stay of compliance with the Motion to Compel Ruling pending adjudication of the first appeal. (Dkt. #466). As argued in Plaintiffs' previous motion for a stay, the Plaintiffs face irreparable injury if a stay is denied, have demonstrated a strong likelihood of success on the merits of their Objection, and have shown that the stay is in the public interest. See Plaintiffs' Memorandum of Law in Support of a Motion for a Stay Pending Appeal of the March 9, 2010 Order (Dkt. #460). The Danbury Defendants have consented to a stay of compliance with the relevant portions of the Ruling on the Motion for Protective Order pending the adjudication of this appeal.

Dated: March 31, 2010

Respectfully Submitted,

By: _____/s/_____
Michael Wishnie (ct27221)
Susan Hazeldean (ct28093)
Rebecca Heller, Law Student Intern
Sophie Hood, Law Student Intern
Lindsay Nash, Law Student Intern
Helen O'Reilly, Law Student Intern

JEROME N. FRANK LEGAL SERVICES
ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800

Joel M. Cohen, Esq. phv03297
Ken Figueroa, Esq. phv03626
Siham Nurhussein, Esq. phv03298
Elizabeth Goergen, Esq. phv03300
Beth Morales Singh, Esq. phv 03836

GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue, 47th Floor
New York, NY 10166
Phone: (212) 351-4000

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2010, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:

\_\_\_\_\_/s/_____
Susan Hazeldean (ct28093)

JEROME N. FRANK LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800

*Counsel for Plaintiffs*