UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>MARK BOUGHTON, et al.<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:   Civil Action No. 3:07-cv-01436(RNC)<br>:<br>:<br>:<br>:<br>: |

May 14, 2010

**DECLARATION OF CHESA BOUDIN IN SUPOPRT OF PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL INDIVIDUAL DANBURY DEFENDANTS'
RESPONSES TO PLAINTIFFS' INTERROGATORIES
DATED JULY 28, 2009 AND FOR COSTS**

I, Chesa Boudin, upon my personal knowledge and in accordance with 28 U.S.C. § 1746 and Rule 37(a) of the Connecticut District Court Local Rules, declare as follows:

1. I am a Law Student Intern working under the supervision of Michael Wishnie. I have an appearance filed with the court in this case. I am over eighteen years of age, and understand the obligations of an oath.

2. On October 14, 2009 and November 16, 2009 I spoke by telephone at length with Clarisse N. Thomas, Counsel for the Individual Danbury Defendants, in an effort to resolve disputes over Plaintiffs' July 28 Discovery Requests.

3. On October 14, 17, and 21, 2009, and November 16, and 17, 2009 I exchanged e-mail with Clarisse N. Thomas in a further effort to resolve disputes over Plaintiffs' July 28 Discovery Requests. The telephone call and e-mail correspondence resulted in a substantially narrowed list of disputed discovery requests. However, the good faith conferrals failed to resolve many outstanding issues and Plaintiffs' moved to compel the responses on November 20, 2009.

4. On December 30, 2009, I and my co-counsel Anya R. Grossmann of Gibson, Dunn & Crutcher LLP, conferred with attorneys Joseph J. Arcata, III and Clarisse N. Thomas, counsel for the Individual Danbury Defendants, in an effort to further resolve the disputes over Plaintiffs' July 28 Discovery Requests.

5. During the December 30, 2009 conferral Defendants agreed to respond to multiple Interrogatories, thereby removing them from the Motion to Compel. A number of Interrogatories were also modified such that Defendants agreed to respond to those Interrogatories in their modified form, thereby removing them from the Motion to Compel. Plaintiffs also agreed to withdraw a number of Interrogatories from the Motion to Compel.

6. I, and my co-counsel Anya R. Grossmann, filed notes of the December 30, 2009 conferral on January 13, 2010, informing the Court that all parties had reached agreement regarding certain interrogatories.

7. I, and my co-counsel Anya R. Grossmann, sent follow-up e-mails to Clarisse N. Thomas and Joseph J. Arcata, III on January 5, 2010, February 3, 2010, and March 22, 2010 to request responses to the Interrogatories that the Individual Danbury Defendants had agreed to produce as a result of the December 30, 2009 conferral.

8. Clarisse N. Thomas and Joseph J. Arcata, III in their e-mails failed to provide a firm date (or reason for delay) for the interrogatory responses despite our requests for one.

9. Although Defendants eventually produced supplemental responses for Defendants Martin, Agosto, Fisher, and DeJesus, they have yet to produce responses for the remaining Defendants, nor have they provided a date by which they intend to do so. These outstanding responses are the subject of this instant motion.

I hereby declare, under penalty of perjury, that the foregoing is correct, based upon my personal knowledge.

Dated: May __, 2010
State of Connecticut
County of New Haven

*Chesa Boudin*
Chesa Boudin
Law Student Intern
Jerome N. Frank Legal Services Organization

100856218_1.DOC