UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, et al. | CIVIL ACTION NO. 3:07-cv-01436-RNC |
| Plaintiffs, | |
| v. | June 2, 2010 |
| MARK BOUGHTON, et al. | |
| Defendants. | |

## MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR

Plaintiffs respectfully request leave for Law Student Intern MICHAEL FORMICHELLI to appear in this matter on behalf of JUAN BARRERA, JOSE CABRERA, DANIEL CHAVEZ, JOSE LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBAÑA under the supervision of MICHAEL WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

By: /s/_____
Michael Wishnie, Supervising Attorney (ct27221)
JEROME N. FRANK LEGAL SERVICES
ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800
Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, a copy of the above was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF System.

Dated: June 2, 2010

_____
Michael Formichelli
Law Student Intern