UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, JOSÉ CABRERA DANIEL CHAVEZ, JOSÉ DUMA, JOSÉ LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, JUAN CARLOS SIMBAÑA, and DANILO BRITO VARGAS, : : : : : : : : : | CIVIL ACTION NO. 3:07-cv-01436-RNC |
| Plaintiffs, : : | |
| v. : | May 25, 2010 |
| : | |
| MARK BOUGHTON, ALAN BAKER, JOSÉ AGOSTO, RICHARD DEJUSUS, JAMES A. FISHER, JAMES LALLI, CRAIG MARTIN, JOSEPH NORKUS, JOHN DOES, CITY OF DANBURY, JAMES BROWN, RICHARD MCCAFFREY, RONALD PREBLE, JOHN DOES AND the UNITED STATES, : : : : : : : : : | |
| Defendants. : | |

## LAW STUDENT APPEARANCE FORM
## STUDENT CERTIFICATION

I hereby certify the following:

1. I am a law student at the Yale Law School in the State of Connecticut, Class of 2012.

2. I have completed legal studies amounting to at least two semesters of credit or the equivalent.

3. I am not employed or compensated by the clients.

WHEREFORE I do respectfully request approval of the Court to appear in this matter on behalf of JUAN BARRERA, JOSE CABRERA, DANIEL CHAVEZ, JOSE LLIBISUPA,

1

ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBAÑA under the supervision of MICHAEL WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

Michael Formichelli
Law Student Intern

Dated: May 25, 2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, JOSÉ CABRERA DANIEL CHAVEZ, JOSÉ LLIVISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBAÑA : | CIVIL ACTION NO. 3:07-cv-01436-RNC |
| Plaintiffs, | |
| v. | May 27, 2010 |
| MARK BOUGHTON, ALAN BAKER, JOSÉ AGOSTO, RICHARD DEJESUS, JAMES A. FISHER, JAMES LALLI, CRAIG MARTIN, JOSEPH NORKUS, JOHN DOES, CITY OF DANBURY, JAMES BROWN, RICHARD MCCAFFREY, RONALD PREBLE, JOHN DOES AND the UNITED STATES, Defendants | |

## LAW STUDENT APPEARANCE FORM
## STUDENT CERTIFICATION

I hereby certify the following:

1. I am a law student at the American University, Washington College of Law, in the District of Columbia, Class of 2011.

2. I have completed legal studies amounting to at least two semesters of credit or the equivalent.

3. I am not employed or compensated by the clients.

WHEREFORE I do respectfully request approval of the Court to appear in this matter on behalf of JUAN BARRERA, JOSÉ CABRERA, DANIEL CHAVEZ, JOSÉ LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBAÑA, under the supervision of MICHAEL WISHNIE of the Jerome N.

Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local

Rules of Civil Procedure 83.9.

                                                                      Isis Goldberg
                                                                      Law Student Intern

Dated: May 27, 2010

## CLIENT CONSENT

I hereby consent to the appearance of MICHAEL FORMICHELLI and ISIS GOLDBERG to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 5-27-10    Signature: _____
                             José Barrera

Date: ~~0~~ 5-27-10   Signature: _____
                             José Cabrera

Date: 5-27-10    Signature: _____
                             Daniel Chavez

Date: 5-27       Signature: _____
                             José Llivisupa

Date: 5-27-10    Signature: _____
                             Isaac Maldonado

Date: 5-27-10    Signature: _____
                             Edgar Redrovan

Date: 5-27-10    Signature: _____
                             Nicholas Segundo Sanchez

Date: 5-27-10    Signature: _____
                             Juan Carlos Simbana

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of MICHAEL FORMICHELLI and ISIS GOLDBERG as a law student interns; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 6/1/10    Signature: _____
                           Michael Wishnie

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed:    Danbury, Connecticut
                    May 27, 2010

Date: 27-5-10    Signature: _____
                             Jose Barrera

Date: 5-27-10    Signature: _____
                             José Cabrera

Date: 5-27-10    Signature: _____
                             Daniel Chavez

Date: 5, 27    Signature: _____
                             José Llivisupa

Date: 5-27-10    Signature: _____
                             Isaac Maldonado

Date: 5-27-10    Signature: _____
                             Edgar Redrovan

Date: 5-27-10    Signature: _____
                             Nicholas Segundo Sanchez

Date: 5-27-10    Signature: _____
                             Juan Carlos Simbana

## DECLARATION OF TRANSLATION

I, ISIS GOLDBERG, am proficient in both Spanish and English. On May 27, 2010, I translated the above Declarations of JOSE BARRERA, JOSE CABRERA, DANIEL CHAVEZ, JOSE LLIVISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBANA into Spanish. They acknowledged understanding the translated Declarations and stated that it was true and correct.

_____

    Dated:    Danbury, Connecticut
                May 27, 2010