## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUAN BARRERA, JOSÉ CABRERA | : | |
| DANIEL CHAVEZ, | : | |
| JOSÉ LLIBISUPA, ISAAC | : | |
| MALDONADO, EDGAR REDROVAN, | : | |
| NICHOLAS SEGUNDO SANCHEZ, | : | CIVIL ACTION NO. 3:07-cv-01436-RNC |
| AND JUAN CARLOS SIMBAÑA | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | September 12, 2010 |
| | : | |
| MARK BOUGHTON, ALAN BAKER, | : | |
| JOSÉ AGOSTO, RICHARD DEJUSUS, | : | |
| JAMES A. FISHER, JAMES LALLI, | : | |
| CRAIG MARTIN, JOSEPH NORKUS, | : | |
| JOHN DOES, CITY OF DANBURY, | : | |
| JAMES BROWN, RICHARD | : | |
| MCCAFFREY, RONALD PREBLE, | : | |
| JOHN DOES AND the UNITED STATES, | : | |
| | : | |
| Defendants. | : | |

## <u>MOTION FOR LEAVE FOR LAW STUDENT INTERN TO APPEAR</u>

Plaintiffs respectfully request leave for Law Student Intern AMANDA GUTIERREZ to appear in this matter on behalf of JUAN BARRERA, JOSE CABRERA, DANIEL CHAVEZ, JOSE LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBAÑA under the supervision of MICHAEL WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

By: /s/_____
Michael Wishnie, Supervising Attorney (ct27221)
JEROME N. FRANK LEGAL SERVICES

1

ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2010, a copy of the above was filed electronically. Notice

of this filing will be sent by e-mail to all parties by operation of the court's electronic filing

system. Parties may access this filing through the court's CM/ECF System.


Dated: September 12, 2010                    _____/s/_____

                                                          Michael Wishnie, Supervising Attorney (ct27221)