UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BARRERA, JOSÉ CABRERA DANIEL CHAVEZ, JOSÉ LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, JUAN CARLOS SIMBAÑA : : : : : : : : Plaintiffs, : : v. : : MARK BOUGHTON, ALAN BAKER, JOSÉ AGOSTO, RICHARD DEJUSUS, JAMES A. FISHER, JAMES LALLI, CRAIG MARTIN, JOSEPH NORKUS, JOHN DOES, CITY OF DANBURY, JAMES BROWN, RICHARD MCCAFFREY, RONALD PREBLE, JOHN DOES AND the UNITED STATES, : : : : : : : : : : : Defendants.    : | CIVIL ACTION NO. 3:07-cv-01436-RNC  September 12, 2010 |

## LAW STUDENT APPEARANCE FORM
## STUDENT CERTIFICATION

I hereby certify the following:

1. I, Amanda Gutierrez, am a law student at the Yale Law School in the State of Connecticut, Class of 2012.

2. I have completed legal studies amounting to at least two semesters of credit or the equivalent.

3. I am not employed or compensated by the clients.

1

WHEREFORE I do respectfully request approval of the Court to appear in this matter on behalf of JUAN BARRERA, JOSE CABRERA, DANIEL CHAVEZ, JOSE LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICHOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBAÑA under the supervision of MICHAEL WISHNIE of the Jerome N. Frank Legal Services Organization, subject to the provisions of the District of Connecticut Local Rules of Civil Procedure 83.9.

                                                      Amanda Gutiérrez
                                                      Law Student Intern

Dated: September 12, 2010