## **CLIENT CONSENT**

I hereby consent to the appearance of AMANDA GUTIERREZ to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of MICHAEL WISHNIE.

Date: 28/04/2010         Signature: _____
                                   Juan ~~José~~ Barrera

Date: 4/28/2010          Signature: _____
                                   José Cabrera

Date: 04-28-2010         Signature: _____
                                   Daniel Chavez

Date: 28/20010           Signature: _____
                                   José Llivisupa

Date: 4/28/2010          Signature: _____
                                   Isaac Maldonado

Date: 4-20-10            Signature: _____
                                   Edgar Redrovan

Date: 4 28 10            Signature: _____
                                   Nicholas Segundo Sanchez

Date: 28/04/2010         Signature: _____
                                   Juan Carlos Simbana

## **CONSENT OF SUPERVISING ATTORNEY**

I hereby certify that I am a member of the bar of the United States District Court for the District of Connecticut and I assume professional responsibility for the work of AMANDA GUTIERREZ as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

Date: 5/19/10            Signature: _____
                                   Michael Wishnie

1