UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUAN BARRERA, JOSE CABRERA, DANIEL CHAVEZ, JOSE LLIBISUPA, ISAAC MALDONADO, EDGAR REDROVAN, NICOLAS SEGUNDO SANCHEZ, and JUAN CARLOS SIMBANA | : | |
| v. | : | Civil No. 3:07CV1436 (RNC) |
| THE UNITED STATES OF AMERICA, RICHARD MCCAFFREY, RONALD PREBLE, JAMES BROWN; JAMES MARTIN, GEORGE SULLIVAN, and BRUCE CHADBOURNE, ET AL | : | |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby notify the Court that all claims raised by plaintiffs, which arise out the facts as alleged in the Complaint, Amended Complaint, or Second Amended Complaint, against defendants, Richard McCaffrey, Ronald Preble, James Brown, James Martin, George Sullivan, and Bruce Chadbourne, in their personal and/or official capacities, are dismissed with prejudice. Each party will bear their respective attorneys fees, and there will be no award of interest of costs.

Likewise, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby notify the Court that all of the claims raised by

plaintiffs, which arise out of the facts as alleged in the Complaint, the Amended Complaint, and the Second Amended Complaint, against the United States of America are dismissed with prejudice, no interest or costs.

                                       Plaintiffs
                                       By Their Attorneys

_3/4/11_
DATE

_[signature]_
Michael Wishnie, Esq.
Jerome N. Frank Legal Services
Yale Law School
127 Wall Street
New Haven, CT 06511
Telephone:  (203) 432-4800

_3/14/11_
DATE

_[signature]_
Joel M. Cohen, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

2

Defendants,

United States of America
Richard McCaffrey
Ronald Preble
James Brown
James Martin
George Sullivan
Bruce Chadborne

By Their Attorneys

3/17/11
DATE

Douglas P. Morabito
Assistant U.S. Attorney
Attorney Bar # ct20962
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Douglas.Morabito@usdoj.gov

3